JHC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:07cr112-30

FILED IN OPEN COURT ON 9/27/07
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | INDICTMENT |
| ) | |
| WALTER JUNIOR DAVIS ) | |

The Grand Jury charges that:

On or about February 13, 2007, in the Eastern District of North Carolina, WALTER JUNIOR DAVIS, defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, firearms, in violation of Title 18, United States Code, Sections 922(g)(1) and 924.

A TRUE BILL

GEORGE E. B. HOLDING
United States Attorney

BY: JASON H. COWLEY
Assistant United States Attorney