

# U. S. Department of Justice

## George E. B. Holding
United States Attorney
Eastern District of North Carolina

*Terry Sanford Federal Building*  *Telephone (919) 856-4530*
*310 New Bern Avenue*  *Criminal FAX (919) 856-4487*
*Suite 800*  *Civil FAX (919) 856-4821*
*Raleigh, North Carolina 27601-1461*  *www.usdoj.gov/usao/nce*

**MEMORANDUM**

DATE:  September 26, 2007

REPLY TO  George E.B. Holding, United States Attorney
ATTN OF:  Jason Cowley, Assistant United States Attorney

SUBJECT:  UNITED STATES v. WALTER JUNIOR DAVIS
No. 7:07cr 112-BO, Southern Division

TO:  Dennis Iavarone, Clerk of Court
United States District Court
Eastern District of North Carolina

Please issue a warrant for the arrest of the above-named defendant, and place same, together with a certified copy of the Indictment, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office.

cc: U.S. Probation Office
U.S. Marshal's Office