IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:07-CR-112-BO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | **SCHEDULING ORDER** |
| **Walter Junior Davis** ) | |

The attorneys are ORDERED to conduct a pre-trial conference on or before **November 20, 2007** Local Criminal Rule 16.1, E.D.N.C.

All pretrial motions, including motions to compel discovery, motions to suppress, and motions under Rule 7, 8, 12, 13, 14, 16 and 41, Fed. R. Crim. P., shall be filed no later than **November 30, 2007**. Responses to motions shall be filed no later than **December 13, 2007**. The proposed trial date for this matter is set for the December, 2007 term of court before THE HONORABLE TERRENCE W. BOYLE. Untimely motions, and motions filed in disregard of Local Criminal Rules 12.2 and 16.1, E.D.N.C., may be summarily denied. Motion hearings, as necessary, shall be conducted by a judge or magistrate judge in advance of trial.

SO ORDERED, this 1st day of November, 2007.

DAVID W. DANIEL
U.S. MAGISTRATE JUDGE