DO 442 (Rev. 12/85) Warrant (  ) Arrest
===============================================================================

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

RECEIVED
U.S. MARSHALS

UNITED STATES OF AMERICA

OCT 2, 2007

**WARRANT FOR ARREST**

v.

WALTER JUNIOR DAVIS

Eastern North Carolina CASE NUMBER: 7:07-CR-112-BO

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   WALTER JUNIOR DAVIS   and bring him or her forthwith

to the nearest magistrate to answer a(n) __X__ Indictment

_____Information _____Complaint _____Order of Court

_____Violation Notice _____Probation Violation Petition

charging him or her with violation of_____ United States Code, Section(s)_____

Ct. 1 - 18 U.S.C. § 922(g)(1) and 924 - Felon in possession of a firearm.


DENNIS P. IAVARONE                         CLERK
Name of Issuing Officer                    Title of Issuing Officer

[signature]                                September 28, 2007- RALEIGH, NC
Signature of Issuing Officer               Date and Location

Bail Recommended: DETENTION                by___United States Attorney___
                                           Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING |
|---|---|---|
| DATE OF ARREST 10-31-2007 | Robert Glasscock ATF | BY Karen U. Thomas USMS, E/NC |



FILED
NOV 8 2007
DENNIS P. IAVARONE
US DISTRICT COURT, EDNC
BY_____ DEP CLK