UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

**FILED**

NO. 7:07-CR-112-BO

**NOV 2 7 2007**

DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY_____DEP CLK

UNITED STATES          )
                       )
VS.                    )          ORDER
                       )
WALTER DAVIS           )

This matter is before the court on Defendant's motion
to extend the time by which he must file all pre-trial
motions, including motions to compel discovery, motions to
suppress, and motions under Rules 7, 8, 12, 13, 14, 16, and
41, Fed.R.Cr.P. from November 30, 2007 to December 7, 2007.
The Court finds good cause for the motion, and therefore it
is ALLOWED.

The Defendant shall file all pre-trial motions,
including motions to compel discovery, motions to suppress,
and motions under Rules 7, 8, 12, 13, 14, 16, and 41,
Fed.R.Cr.P. no later than December 7, 2007.

SO ORDERED.

This the 27 day of November, 2007.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

I certify the foregoing to be a true and correct
copy of the original.
Dennis P. Iavarone, Clerk
United States District Court
Eastern District of North Carolina
By_____
                    Deputy Clerk